**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL F. GONZALEZ-SINALOA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI MENDOTA,<br><br>Respondent. | Case No. 1:24-cv-01078 JLT SKO (HC)<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE THE CASE<br><br>(Doc. 6) |

     Manuel F. Gonzalez-Sinaloa is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting he suffered violations of due process with disciplinary proceedings. (*See* Doc. 1.) The magistrate judge performed a preliminary review of the petition and found "there is no dispute that all procedural due process requirements were met." (Doc. 6 at 3.) In addition, the magistrate judge determined Plaintiff failed to show "there was not at least 'some evidence' to support the guilty finding." (*Id.* at 4.) The magistrate judge found all other claims implicated in the petition were "completely supported, vague, and speculative." (*Id.*) Therefore, the magistrate judge recommended the Court dismiss the petition. (*Id.*)

     Petitioner filed timely objections to the Findings and Recommendations. (Doc. 7.) He asserts that he declines the jurisdiction of the magistrate judge, and "request[s] that the recommendation be stricken from the record in this mater..." (*Id.* at 1.) Petitioner does not

1

otherwise address the findings of the magistrate judge related to the claims raised in his petition. (*See generally* Doc. 7.)

Petitioner's consent was not required for the magistrate judge to perform a preliminary review of his petition. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), under which a magistrate judge may "submit to a judge of the court proposed findings of fact and recommendations for the disposition" of certain matters. The magistrate judge did not issue dispositional order, or act beyond the scope of her authority. Rather, the magistrate judge prepared the Findings and Recommendations as authorized under 28 U.S.C. § 636(b)(1)(B). Thus, Petitioner fails to show any error on these grounds.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, including Petitioner's objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 16, 2024 (Doc. 6), are **ADOPTED** in full.
2. The petition for writ of habeas corpus is **DISMISSED** with prejudice.
3. The Clerk of Court is directed to enter judgment and close the case.
4. In the event a notice of appeal is filed, no certificate of appealability is required.[1]

IT IS SO ORDERED.

Dated:   **October 9, 2024**

UNITED STATES DISTRICT JUDGE

---

[1] A certificate of appealability will not be required because this is an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, "not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a State court." *Forde v. U.S. Parole Commission*, 114 F.3d 878, 879 (9th Cir. 1997) (citations omitted).

2